**Fill in this information to identify your case:**

Debtor 1: **Adam Ethan Livingston**
First Name  Middle Name  Last Name

Debtor 2: 
(Spouse if, filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known): 23-10177

☑ Check if this is an amended filing

Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
☑ No. Go to Part 2.
☐ Yes.

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|       |                                                              |                                          | Total claim |
|-------|--------------------------------------------------------------|------------------------------------------|-------------|
| 4.1   | **AFC Urgent Care**                                          | Last 4 digits of account number _____   | $20.00      |
|       | Nonpriority Creditor's Name                                  |                                          |             |
|       | **3700 Cahaba Beach Road**                                   | When was the debt incurred? _____       |             |
|       | **Birmingham, AL 35242**                                     |                                          |             |
|       | Number Street City State Zip Code                            | As of the date you file, the claim is: Check all that apply |  |
|       | **Who incurred the debt?** Check one.                        |                                          |             |
|       | ☑ Debtor 1 only                                              | ☐ Contingent                             |             |
|       | ☐ Debtor 2 only                                              | ☐ Unliquidated                           |             |
|       | ☐ Debtor 1 and Debtor 2 only                                 | ☐ Disputed                               |             |
|       | ☐ At least one of the debtors and another                    | **Type of NONPRIORITY unsecured claim:** |             |
|       | ☐ Check if this claim is for a community debt                | ☐ Student loans                          |             |
|       | **Is the claim subject to offset?**                          | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |  |
|       | ☑ No                                                         | ☐ Debts to pension or profit-sharing plans, and other similar debts |  |
|       | ☐ Yes                                                        | ☑ Other. Specify _____                  |             |

Debtor 1  **Adam Ethan Livingston**  Case number (if known)  **23-10177**

---

**4.2**  **After pay**  Last 4 digits of account number _____  $254.00
Nonpriority Creditor's Name
**222 Kearny Avenue, Ste 600**
**San Francisco, CA 94108**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

**Is the claim subject to offset?**

- [✓] No
- [ ] Yes

---

**4.3**  **American Express**  Last 4 digits of account number _____  $3,645.00
Nonpriority Creditor's Name
**c/o Zwicker & Associates**
**225 Foxborough Blvd, Suite 205**
**Brockton, MA 02305**
Number Street City State Zip Code

When was the debt incurred?  **3 years ago**

**Who incurred the debt?** Check one.

- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **credit card/lawsuit Brockton District Court**

**Is the claim subject to offset?**

- [✓] No
- [ ] Yes

---

**4.4**  **Apple Card**  Last 4 digits of account number _____  $2,003.00
Nonpriority Creditor's Name

**Lockbox 6112**
**PO Box 7247**
**Philadelphia, PA 19170-6112**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

**Is the claim subject to offset?**

- [✓] No
- [ ] Yes

---

Debtor 1  **Adam Ethan Livingston**    Case number (if known)  **23-10177**

---

**4.5**  **Bank of America**
Nonpriority Creditor's Name
**PO Box 15019**
**Wilmington, DE 19850**
Number Street City State Zip Code

Last 4 digits of account number _____    **$1,000.00**

When was the debt incurred?  **5 years ago**

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **overdraft account**

---

**4.6**  **Best Buy**
Nonpriority Creditor's Name
**Best Buy Credit Services**
**Po Box 183195**
**Columbus, OH 43218-3195**
Number Street City State Zip Code

Last 4 digits of account number _____    **$5,041.00**

When was the debt incurred?  _____

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

---

**4.7**  **Bluestone Bank**
Nonpriority Creditor's Name
**14 Main Street**
**Bridgewater, MA 02324**
Number Street City State Zip Code

Last 4 digits of account number _____    **$700.00**

When was the debt incurred?  **10 years ago**

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **overdraft**

---

Debtor 1  **Adam Ethan Livingston**   Case number (if known)  **23-10177**

---

### 4.8  Capital One

Nonpriority Creditor's Name
PO Box 60
Saint Cloud, MN 56302
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

Last 4 digits of account number  **9853**    $1,363.00

**When was the debt incurred?**  **2 years ago**

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **two overdraft accounts**

---

### 4.9  Capital One

Nonpriority Creditor's Name
PO Box 71083
Charlotte, NC 28272-1083
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

Last 4 digits of account number  _____    $2,816.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **credit card**

---

### 4.10  Capital One

Nonpriority Creditor's Name
1680 Capital One Drive
Mc Lean, VA 22102-3491
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

Last 4 digits of account number  **9853**    $747.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  _____

---

Debtor 1 **Adam Ethan Livingston**  Case number (if known) **23-10177**

---

**4.1.1**

**CBNA**
Nonpriority Creditor's Name
**50 Northwest Point Road**
**Elk Grove Village, IL 60007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
[✓] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✓] Other. Specify _____

**$5,041.00**

---

**4.1.2**

**Chase**
Nonpriority Creditor's Name
**PO Box 15583**
**Wilmington, DE 19886**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
[✓] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** **within last year**

**As of the date you file, the claim is:** Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✓] Other. Specify **overdraft**

**$2,000.00**

---

**4.1.3**

**Check Redi**
Nonpriority Creditor's Name
**406 Park Place**
**Lexington, KY 40511**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
[✓] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✓] Other. Specify _____

**$690.00**

---

Debtor 1  **Adam Ethan Livingston**  Case number (if known) **23-10177**

---

**4.14**

**Citibank**
Nonpriority Creditor's Name
**c/p Portfolio Recovery**
**120 Corporate Blvd**
**Norfolk, VA 23502**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
[✓] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Last 4 digits of account number**  **9776**     $3,578.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✓] Other. Specify  **credit card**

---

**4.15**

**Citizens Bank**
Nonpriority Creditor's Name
**1 Citizens Plaza**
**Providence, RI 02903**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
[✓] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Last 4 digits of account number**  **8980**     $560.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✓] Other. Specify

---

**4.16**

**Citizens One**
Nonpriority Creditor's Name
**10561 Telegraph Road**
**Glen Allen, VA 23059**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
[✓] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Last 4 digits of account number**         $1,000.00

**When was the debt incurred?**  **2020**

**As of the date you file, the claim is:** Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✓] Other. Specify  **loan for iphone that no longer have**

---

Debtor 1  **Adam Ethan Livingston**    Case number (if known)  **23-10177**

---

**4.17**

**Comenity Bank**
Nonpriority Creditor's Name
**PO Box 182120**
**Columbus, OH 43218-2273**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____    $1,790.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Ulta**

---

**4.18**

**Comenity Capital Bank**
Nonpriority Creditor's Name
**PO Box 659450**
**San Antonio, TX 78265-9450**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____    $1,790.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

**4.19**

**Cumberland Farms Smartpay**
Nonpriority Creditor's Name
**165 Flanders Road**
**Westborough, MA 01581**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____    $400.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

Debtor 1    **Adam Ethan Livingston**                                    Case number (if known)    **23-10177**

---

| 4.20 | **Discover** | Last 4 digits of account number | $600.00 |

Nonpriority Creditor's Name
**PO Box 71084**
**Charlotte, NC 28272**
Number Street City State Zip Code

When was the debt incurred?    **2 years ago**

**Who incurred the debt?** Check one.
[✓] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**As of the date you file, the claim is:** Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✓] Other. Specify    **overdraft**

---

| 4.21 | **DSW** | Last 4 digits of account number | $206.00 |

Nonpriority Creditor's Name
**810 DSW Drive**
**Columbus, OH 43219**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
[✓] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**As of the date you file, the claim is:** Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✓] Other. Specify

---

| 4.22 | **Earnin App** | Last 4 digits of account number | $50.00 |

Nonpriority Creditor's Name
**200 Portage Avenue**
**Palo Alto, CA 94306**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
[✓] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**As of the date you file, the claim is:** Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✓] Other. Specify

---

Debtor 1  **Adam Ethan Livingston**          Case number (if known)   **23-10177**

---

**4.2.3**

**Fidelity Investments**
Nonpriority Creditor's Name
**100 Crosby Parkway KC2Q**
**Covington, KY 41015**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **7932**          $259.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

**4.2.4**

**First Premier Bank**
Nonpriority Creditor's Name
**601 S Minnesota Ave**
**Sioux Falls, SD 57104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  _____          $307.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

**4.2.5**

**Gas Buddy**
Nonpriority Creditor's Name
**77 N Washington Street, Fl 2**
**Boston, MA 02114**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  _____          $79.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify _____

---

Debtor 1  **Adam Ethan Livingston**   Case number (if known)  **23-10177**

---

**4.26**  **Good Samaritan Hospital**   Last 4 digits of account number _____   **$100.00**
Nonpriority Creditor's Name
**Attn: Collections**
**1 Pearl Street**
**Brockton, MA 02301**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

---

**4.27**  **Griots**   Last 4 digits of account number _____   **Unknown**
Nonpriority Creditor's Name
**3333 South 38th Street**
**Tacoma, WA 98409**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

---

**4.28**  **Hertz Corporation**   Last 4 digits of account number _____   **$2,000.00**
Nonpriority Creditor's Name
**PO Box 121056**
**Dallas, TX 75312-1056**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify **rental car use**

---

Debtor 1 __Adam Ethan Livingston__   Case number (if known) __23-10177__

---

**4.29**

**Hertz Rental Care**
Nonpriority Creditor's Name
**8501 Williams Road**
**Estero, FL 33928**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

Last 4 digits of account number _____   $6,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

---

**4.30**

**Kikoff Lending LLC**
Nonpriority Creditor's Name
**PO Box 40070**
**Reno, NV 89504**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

Last 4 digits of account number _____   $33.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

---

**4.31**

**LDV Inc**
Nonpriority Creditor's Name
**180 Industrial Drive**
**Burlington, WI 53105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

Last 4 digits of account number **7650**   $280.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

---

Debtor 1  **Adam Ethan Livingston**            Case number (if known)   **23-10177**

---

### 4.3.2  LL Bean

Nonpriority Creditor's Name
**PO Box 9001068**
**Louisville, KY 40290-1068**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **credit card**

---

### 4.3.3  MA Board of Higher Education

Nonpriority Creditor's Name
**454 Broadway, Suite 200**
**Revere, MA 02151**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____        **$4,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify _____

**nondischargable student loans**

---

### 4.3.4  Merrick Valley Credit Union

Nonpriority Creditor's Name
**500 Merrimack Street**
**Lawrence, MA 01843**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____        **$550.00**

**When was the debt incurred?**   **3 years ago**

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **overdraft**

---

Debtor 1  Adam Ethan Livingston           Case number (if known)  23-10177

### 4.35 Nelnet/Dept of Edu

**Nonpriority Creditor's Name**
121 S 13th Street
Lincoln, NE 68501
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**Last 4 digits of account number** _____     $10,935.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [✓] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify _____

nondischargable student loans

### 4.36 Nok Try Out

**Nonpriority Creditor's Name**
2368 Washington Ave, Suite 2
Bronx, NY 10458
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**Last 4 digits of account number** _____     $600.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

### 4.37 Nordstrom/TD Bank

**Nonpriority Creditor's Name**
13531 E Caley Avenue
Englewood, CO 80111
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**Last 4 digits of account number** _____     $683.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

Debtor 1   **Adam Ethan Livingston**   Case number (if known) **23-10177**

---

**4.38**

**Pep Boys**
Nonpriority Creditor's Name
**1 Presdential Blvd**
**Bala Cynwyd, PA 19004**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
[✓] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Last 4 digits of account number _____    $2,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✓] Other. Specify _____

---

**4.39**

**Perpay**
Nonpriority Creditor's Name
**1217 Sansom Street**
**Philadelphia, PA 19107**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
[✓] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Last 4 digits of account number _____    $2,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✓] Other. Specify _____

---

**4.40**

**Redwing Shoes**
Nonpriority Creditor's Name
**485 Granite Street**
**Braintree, MA 02184**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
[✓] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Last 4 digits of account number _____    $332.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✓] Other. Specify _____

---

### 4.41 Shell Card Payments — $200.00

Nonpriority Creditor's Name
PO Box 9001011
Louisville, KY 40290-1011
Number Street City State Zip Code

Last 4 digits of account number: ___
When was the debt incurred? ___

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify ___

### 4.42 Specialized Financing Co LLC — $2,500.00

Nonpriority Creditor's Name
2504 Build America Drive
Hampton, VA 23666
Number Street City State Zip Code

Last 4 digits of account number: 8188
When was the debt incurred? ___

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify ___

### 4.43 Synchony Bank — $8,000.00

Nonpriority Creditor's Name
PO Box 965015
Orlando, FL 32896
Number Street City State Zip Code

Last 4 digits of account number: ___
When was the debt incurred? ___

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Amazon and TJX

Debtor 1  **Adam Ethan Livingston**     Case number (if known)  **23-10177**

---

| 4.44 | **Target** | Last 4 digits of account number _____ | $600.00 |

Nonpriority Creditor's Name
**PO Box 9491**
**Minneapolis, MN 55440**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
[✔] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✔] Other. Specify _____

---

| 4.45 | **TD Bank** | Last 4 digits of account number _____ | $2,000.00 |

Nonpriority Creditor's Name
**PO Box 1377**
**Lewiston, ME 04243**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
[✔] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**When was the debt incurred?** **4 years ago**

**As of the date you file, the claim is:** Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✔] Other. Specify **overdraft**

---

| 4.46 | **UPS** | Last 4 digits of account number **7680** | $150.00 |

Nonpriority Creditor's Name
**PO Box 7247-0244**
**Philadelphia, PA 19170**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
[✔] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Type of NONPRIORITY unsecured claim:**
[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✔] Other. Specify _____

---

Debtor 1  **Adam Ethan Livingston**      Case number (if known) **23-10177**

---

**4.47**

**Urgent Care Norwood**
Nonpriority Creditor's Name
**103 Providence Highway**
**East Walpole, MA 02032**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

Last 4 digits of account number _____      $20.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify _____

---

**4.48**

**Venmo**
Nonpriority Creditor's Name
**2038 Locust Street Floor 1**
**Philadelphia, PA 19103**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

Last 4 digits of account number _____      $550.00

When was the debt incurred?  **within last year**

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **overdraft**

---

**4.49**

**TRS Recovery Services**
Nonpriority Creditor's Name
**PO Box 674169**
**Marietta, GA 30006**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

Last 4 digits of account number  **9293**      $455.00

When was the debt incurred?  **uncertain**

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  **Home Depot**

---

**Part 3:  List Others to Be Notified About a Debt That You Already Listed**

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**American Express**
**PO Box 297871**
**Fort Lauderdale, FL 33329**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [✓] Part 2: Creditors with Nonpriority Unsecured Claims

Official Form 106 E/F       Schedule E/F: Creditors Who Have Unsecured Claims       Page 17 of 18

Debtor 1  Adam Ethan Livingston    Case number (if known)  23-10177

Last 4 digits of account number

**Name and Address**
**American Express**
**9111 Duke Blvd**
**Mason, OH 45040**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

|  |  |  | Total Claim |
|---|---|---|---|
| 6a. | Domestic support obligations | 6a. | $ 0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ 0.00 |

**Total claims from Part 2**

|  |  |  | Total Claim |
|---|---|---|---|
| 6f. | Student loans | 6f. | $ 14,935.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 64,992.00 |
| 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ 79,927.00 |

**Amended Matrix**
**Adam Livingston**
**Chapter 13  Case No. 23-10177**

TRS Recovery Services
PO Box 674169
Marietta GA 30006