UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:

Adam Livingston,                                               Chapter 13
                                                               Case No. 23-10177
Debtor

## MOTION TO APPROVE AMENDED CHAPTER 13 PLAN AND AMENDED SCHEDULES I AND J

Now comes the Debtor and move for approval of his Amended Chapter 13 Plan and Amended Schedules I and J. In support of this motion, Debtor state the following:

1. Debtor filed for Chapter 13 bankruptcy protection on February 8, 2023.

2. The Amended Plan makes the following changes:
    a. Increase the "Pot" to the general unsecured creditors; and
    b. Adjusts the Plan payments.

3. Debtor's Amended Schedule I reflects that Debtor has obtained new employment.

4. Debtor's Amended Schedule J reflects Debtor's current expenses and demonstrates that the Amended Plan is feasible.

WHEREFORE, the Debtor requests the Court allow as follows:

1. Approval of his Amended Chapter 13 Plan.

2. Approval of his Amended Schedules I and J.

3. For such other and further relief as this court deems just.

Dated: August 22, 2023                          Debtor,
                                                by his attorney,

                                                /s/ John Ullian
                                                John Ullian, Esq. BBO No. 542786
                                                The Law Firm of Ullian and Associates, P.C
                                                220 Forbes Road, Suite 106
                                                Braintree, MA 02184
                                                (781) 848-5980

## CERTIFICATE OF SERVICE

I John Ullian, hereby certify under the pains and penalties of perjury that I served the **MOTION TO APPROVE AMENDED CHAPTER 13 PLAN AND AMENDED SCHEDULES I AND J,** and **AMENDED SCHEDULES I AND J** by ECF or mailing a copy of same postage prepaid to interested parties listed below and everyone on the attached service list.

Office of the US Trustee
John W. McCormack Post Office and Courthouse
5 Post Office Square, 10th Floor, Suite 1000
Boston, MA 02109

Carolyn Bankowski
Chapter 13 Trustee
PO Box 8250
Boston, MA 02114

Adam Ethan Livingston
7 Rodricks Terrace
Bridgewater, MA 02324

American Express National Bank
Craig B. Rule
Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01080

Date: August 22, 2023

/s/ John Ullian
John Ullian, Esq.
The Law Firm of Ullian & Associates, P.C.
220 Forbes Road, Suite 106
Braintree, MA 02184
(781) 848-5980
BBO No. 542786

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0101-1<br>Case 23-10177<br>District of Massachusetts<br>Boston<br>Tue Aug 22 09:42:26 EDT 2023 | Boston<br>U. S. Bankruptcy Court<br>J.W. McCormack Post Office & Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109-3945 | AFC Urgent Care<br>3700 Cahaba Beach Road<br>Birmingham, AL 35242-5225 |
| (p)AFTERPAY US  INC<br>ATTN FINANCE TEAM<br>600 CALIFORNIA ST<br>11TH FLOOR<br>SAN FRANCISCO CA 94108-2727 | American Express<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | American Express<br>PO Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| American Express<br>c/o Zwicker & Associates<br>225 Foxborough Blvd, Suite 205<br>Brockton, MA 02305 | American Express National Bank<br>c/o Zwicker & Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. Box 9043<br>Andover, MA 01810-0943 | Apple Card<br>Lockbox 6112<br>PO Box 7247<br>Philadelphia, PA 19170-6112 |
| Bank of America<br>PO Box 15019<br>Wilmington, DE 19850-5019 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Bluestone Bank<br>14 Main Street<br>Bridgewater, MA 02324-1407 |
| Capital One<br>1680 Capital One Drive<br>Mclean, VA 22102-3407 | Capital One<br>PO Box 60<br>Saint Cloud, MN 56302-0060 | Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One<br>PO Box 71087<br>Charlotte, NC 28272-1087 | Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Check Redi<br>406 Park Place<br>Lexington, KY 40511-1829 | Citibank<br>c/p Portfolio Recovery<br>120 Corporate Blvd<br>Norfolk, VA 23502-4952 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 |
| Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280 | (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | Citizens One<br>10561 Telegraph Road<br>Glen Allen, VA 23059-4577 |
| Comenity Bank<br>PO Box 182120<br>Columbus, OH 43218-2120 | Comenity Capital Bank<br>PO Box 659450<br>San Antonio, TX 78265-9450 | Cumberland Farms Smartpay<br>165 Flanders Road<br>Westborough, MA 01581-1000 |
| DSW<br>810 DSW Drive<br>Columbus, OH 43219-1828 | Discover<br>PO Box 71084<br>Charlotte, NC 28272-1084 | (p)EARNIN<br>ATTN LEGAL<br>200 PORTAGE AVE<br>PALO ALTO CA 94306-2242 |

| | | |
|---|---|---|
| Fidelity Investments<br>100 Crosby Parkway KC2Q<br>Covington, KY 41015-4399 | First Digital<br>PO Box 85650<br>Sioux Falls, SD 57118-5650 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 |
| Gas Buddy<br>77 N Washington Street Fl 2<br>Boston, MA 02114-1908 | Good Samaritan Hospital<br>Attn: Collections<br>1 Pearl Street<br>Brockton, MA 02301-2864 | Griots<br>3333 South 38th Street<br>Tacoma, WA 98409-5641 |
| Hertz Corporation<br>PO Box 121056<br>Dallas, TX 75312-1056 | (p)THE HERTZ CORPORATION<br>8501 WILLIAMS ROAD<br>ESTERO FL 33928-3325 | Kikoff Lending LLC<br>PO Box 40070<br>Reno, NV 89504-4070 |
| LDV Inc<br>180 Industrial Drive<br>Burlington, WI 53105-2307 | LL Bean<br>PO Box 9001068<br>Louisville, KY 40290-1068 | MA Board of Higher Education<br>Office of Student Financial Assistance<br>75 Pleasant Street<br>Malden, MA 02148-4906 |
| MERRIMACK VALLEY CREDIT UNION<br>75 MAIN STREET<br>BRIDGEWATER, MA 02324-1406 | Merrick Valley Credit Union<br>500 Merrimack Street<br>Lawrence, MA 01843-1981 | Nelnet/Dept of Edu<br>121 S 13th Street<br>Lincoln, NE 68508-1904 |
| Nok Try Out<br>2368 Washington Ave Ste 2<br>Bronx, NY 10458-7729 | Nordstrom/TD Bank<br>13531 E Caley Avenue<br>Englewood, CO 80111-6505 | Okinus Inc<br>PO BOX 691<br>Pelham, GA 31779-0691 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Pep Boys<br>1 Presidential Blvd.<br>Bala Cynwyd, PA 19004-1016 | (p)PERPAY INC<br>ATTN CONOR HORAN<br>2400 MARKET STREET SUITE 300<br>PHILADELPHIA PA 19103-3033 |
| Premier Bankcard, LLC<br>Jefferson Capital Systems, LLC Assignee<br>Po Box 7999<br>St. Cloud, MN 56302-7999 | Purchasing Power, LLC<br>2727 Paces Ferry Road SE<br>Bldg.2,Ste 1200<br>Atlanta, GA 30339-6143 | Quantum3 Group LLC<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for Comenity Cap<br>PO Box 788<br>Kirkland, WA 98083-0788 | Redwing Shoes<br>485 Granite Street<br>Braintree, MA 02184-3945 | Sable<br>287 Park Street S Suite 825<br>New York, NY 10010-4573 |
| Sable/Coastal Comm Bank<br>PO Box 85650<br>Sioux Falls, SD 57118-5650 | Shell Card Payments<br>P.O. Box 9001011<br>Louisville, KY 40290-1011 | Snap On<br>PO Box 1216<br>Dept 125044<br>Oaks, PA 19456-1216 |

| | | |
|---|---|---|
| Snap On Tools<br>Attn: Chris Picketts<br>24 Howard Street<br>South Easton, MA 02375-1411 | (p)SNAP ON CREDIT<br>950 TECHNOLOGY WAY<br>SUITE 301<br>LIBERTYVILLE IL 60048-5339 | Specialized Financing Co LLC<br>2504 Build America Drive<br>Hampton, VA 23666-3223 |
| Synchony Bank<br>PO Box 965015<br>Orlando, FL 32896-5015 | Synchrony Bank<br>c/o Cavalry SPV I, LLC<br>PO Box 4252<br>Greenwich, CT 06831-0405 | Synchrony Bank by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Synovus Bank<br>2700 S Lorraine Pl<br>SIOUX FALLS, SD 57106-3657 | (p)TD BANKNORTH NA<br>70 GRAY ROAD<br>FALMOUTH ME 04105-2299 | TD Bank, N.A.<br>PO BOX 1931<br>BURLINGAME, CA 94011-1931 |
| TRS Recovery Services<br>PO Box 674169<br>Marietta GA 30006-0070 | Target<br>P.O. Box 9491<br>Minneapolis, MN 55440-9491 | UPS<br>PO Box 7247-0244<br>Philadelphia, PA 19170-0001 |
| US Department of Education c/o Nelnet<br>121 South 13th Street<br>Lincoln, NE 68508-1904 | Urgent Care Norwood<br>103 Providence Highway<br>Walpole, MA 02032-1512 | Venmo<br>2038 Locust Street Floor 1<br>Philadelphia, PA 19103-5663 |
| Adam Ethan Livingston<br>7 Rodricks Terrace<br>Bridgewater, MA 02324-1645 | Carolyn Bankowski-13-12<br>Chapter 13-12 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114-0950 | John A. Ullian<br>The Law Firm of Ullian & Associates, P.C<br>220 Forbes Road, Suite 106<br>Braintree, MA 02184-2711 |
| Richard King - B<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109-3901 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Afterpay US, Inc.<br>222 Kearny Avenue<br>Suite 600<br>San Francisco, CA 94108 | Best Buy<br>Best Buy Credit Services<br>Po Box 183195<br>Columbus, OH 43218-3195 | (d)CBNA<br>50 Northwest Point Road<br>Elk Grove Village, IL 60007 |
| Chase<br>PO Box 15583<br>Wilmington, DE 19886 | Citizens<br>One Citizens Plaza<br>Providence, RI 02903 | Earnin App<br>200 Portage Ave<br>Palo Alto, CA 94306 |

| | | |
|---|---|---|
| Hertz Rental Car<br>8501 Williams Road<br>Estero, FL 33928, USA | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 | Perpay<br>1217 Sansom Street<br>Philadelphia, PA 1910 |
| (d)Perpay<br>1217 Sansom Street<br>Philadelphia, PA 19107 | Snap-on Credit LLC<br>950 Technology Way<br>Suite 301<br>Libertyville, IL 60048 | TD Bank<br>PO Box 1377<br>Lewiston, ME 04243 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)American Express National Bank | (d)TRS Recovery Services<br>PO Box 674169<br>Marietta, GA 30006-0070 | End of Label Matrix<br>Mailable recipients    78<br>Bypassed recipients     2<br>Total                  80 |